UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:10-cv-456 |
| | ) | (VARLAN/SHIRLEY) |
| OWL COATINGS, LLC, d/b/a | ) | |
| O-W-L ROOFING, KELSEY BRANUM, | ) | |
| G. STEVEN LEMARR, and | ) | |
| CINDY LEMARR, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT G. STEVEN LEMARR

This cause coming on to be heard before the Honorable Thomas A. Varlan, Chief

United States District Judge, upon Motion of the Plaintiff Auto-Owners Insurance Company

for a voluntary dismissal without prejudice as to Defendant G. Steven LeMarr; and it

appearing to the Court that the Plaintiff's Motion is well taken and should be granted;

It is therefore **ORDERED** that Plaintiff's action against G. Steven LeMarr be and

hereby is dismissed without prejudice.

**IT IS SO ORDERED.**


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

Approved for Entry:


____s/Robert A. Crawford_____
ROBERT A. CRAWFORD, BPR #7396
KRAMER RAYSON LLP
800 S. Gay Street, Suite 2500
P.O. Box 629
Knoxville, TN 37901-0629
Telephone: (865) 525-5134
*Counsel for Plaintiff, Auto-Owners Insurance Company*


THOMAS E. CRAFTON
Alber Crafton, PSC
Hurstbourne Place, Stc. 1300
9300 Shelbyville Rd.
Louisville, KY 40222
(502) 815-5000
*Counsel for Plaintiff, Auto-Owners Insurance Company*